RICARDO P. CESTERO (SBN 203230)
RCestero@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiff
EUROPA EYE WEAR CORP. dba EUROPA
INTERNATIONAL, CINZIA, and STATE
OPTICAL CO.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| EUROPA EYE WEAR CORP., <br><br>Plaintiff, <br><br>v. <br><br>KAIZEN ADVISORS, LLC, and AO EYEWEAR, INC. <br><br>Defendants. | Case No. 2:19-cv-05906-FMO (SKx) <br><br>**ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE** <br><br>Action Filing Date: February 25, 2019 |

1.  The Court, having considered the parties' Stipulation for Dismissal Without Prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. This action be dismissed without prejudice, including all claims, cross-claims and counterclaims.

2. Each party is to bear its own costs and fees in connection with this action.

**IT IS SO ORDERED**.

Dated: August 8, 2019

/s/
HON. FERNANDO M. OLGUIN
United States District Court Judge

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590